indulgence has increased the likelihood that he will fail to appear in future hearings. The conclusion to that effect reached by the lower court does not appear to be based upon any findings of which this Court has been made aware. In view of the above, the order of the court below revoking bail is reversed and the defendant is released on the same conditions of release on bail as heretofore existed.

Hill, J.

**STATE HIGHWAY BOARD v. John R. ERICKSON et al., No. 178-77**

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

**Peter D. KING v. June C. BATCH-ELDER, Administratrix of the Estate of Richard Forbes, No. 105-78**

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

**TOWN OF BRATTLEBORO SCHOOL DISTRICT v. Oscar DALEM a/k/a Oskar Eugen Drzemalia, Ursula Dalem and Dalem's Chalet, Inc., No. 254-78**

September 8, 1980. Printed case

and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

**Gloria D. PORTER v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 368-78**

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

**STATE of Vermont v. Harold OLDS, No. 120-79**

September 8, 1980. Appellant's addendum brief to be filed by October 10, 1980, and appellee's brief to be filed by November 10, 1980.

**WOOD AND KIDDER, INC. v. Norman and Evelyn IKEMAN, No. 121-79**

September 8, 1980. Transcript shall be paid for printed case and appellant's brief shall be filed by October 10, 1980, or cause dismissed.

**IN RE D. L. C. N., Juvenile, No. 196-79**

September 8, 1980. Appellee's brief shall be filed by October 10;

1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

Glenn YOUNG v. DEPARTMENT OF SOCIAL WELFARE, No. 303-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

STATE of Vermont v. Henry HASTINGS, No. 313-79

September 8, 1980. Appellant is given until October 10, 1980, to order trial court transcript and to pay the estimated cost thereof in full, or the appeal will be dismissed.

Nikki N. MOSES, d/b/a Moses Real Estate v. Claude B. GAGNE, Mariette Gagne and Rowland Peterson, No. 394-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

Dean Merrill HALL and Francis Hall v. STRATTON CORPORATION, No 398-79

September 8, 1980. Appellant's brief shall be filed by November 1, 1980, or cause dismissed.

IN RE J. L. M., Juvenile, No. 411-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

STATE of Vermont v. Robert E. BLEAU, No. 430-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

STATE of Vermont v. Michael FOSTER, No. 446-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.